In the Matter of the Estate of MARY J. HALL, Deceased.

GEORGIA HARE, as Administratrix of the Estate of MARY J. HALL, Deceased, Appellant; AUSTIN L. MOTT, Respondent.

Argued October 3, 1938; decided October 11, 1938.

*J. Irving Lynch* for motion.

*Georgia Hare*, in person, opposed.

Motion granted to the extent of permitting the filing of a brief, otherwise denied.